CASEBOLT, GERMAINE & SCHENK, PLC
4720 East Cholla Street
Phoenix, Arizona 85028
Telephone: (602) 953-5588
Fax: (602) 953-5590
Sanford J. Germaine (012722)
sgermpc@aol.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Joan Perkons, | ) | No. 3:10-CV-08021-ECV |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION TO DISMISS** |
| | ) | |
| vs. | ) | |
| | ) | |
| American Acceptance, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, American Acceptance, LLC, moves, pursuant to Rule 12(b)(5), Fed.R.Civ.P., to dismiss Plaintiff's Complaint for Damages against it due to insufficiency of service of process.

Although there is no docket entry providing for Proof of Service at the time of the filing of this Motion, Plaintiff's counsel has provided the Proof of Service of Summons attached hereto as Exhibit A, which indicates that service of process on American Acceptance, LLC was allegedly made on the Defendant, American Acceptance, LLC, through "Autumn Wise" on "03/08/10" at "12:49". However, as indicated by Exhibit B attached hereto, which the Court can take judicial notice of because it is a document of public record from the Colorado Secretary

1  of State, the Registered Agent for American Acceptance in the State of Colorado is Matthew
2  Boddey, and Matthew Boddey has, as of the date and time of the filing of this Motion
3  undeniably not been served with the Complaint for Damages in this case.
4
5       As such, Defendant, American Acceptance, LLC, respectfully requests that the Complaint
6  for Damages be dismissed against it for insufficiency of service of process, together with
7  Defendant's reasonable attorneys' fees and costs incurred in bringing this Motion.
8       RESPECTFULLY SUBMITTED this 29th day of March .
9
                                    CASEBOLT, GERMAINE & SCHENK, PLC
10
                                    By s/ Sanford J. Germaine
11                                      Sanford J. Germaine (012722)
                                        4720 East Cholla Street
12                                      Phoenix, Arizona 85028
                                        Attorneys for Defendant
13
   **COPY** of the foregoing
14 mailed this 29th day
   of March, 2010, to:
15

16 David J. McGlothlin
   Hyde & Swigart
17 One East Camelback Road, Suite 300
   Phoenix, Arizona 85012-1677
18 Attorneys for Plaintiff

19      I hereby certify that on March 29, 2010, I electronically filed the foregoing Defendant's
20 Motion to Dismiss with the Clerk of Court using the CM/ECF system, which will send
21
22 notification of such filing to the following at their e-mail address on file with the Court:

23
   David J. McGlothlin
24 Hyde & Swigart
   One East Camelback Road, Suite 300
25 Phoenix, Arizona 85012-1677
26 Attorneys for Plaintiff

27 /s/ Sanford J. Germaine

# Exhibit A

David J. McGlothlin, Esq. (SBN 026059)
dmcglothlin@westcoastlitigation.com
**Hyde & Swigart**
One East Camelback Rd., Suite 300
Phoenix, AZ 85012
Telephone: (602) 265-3332,
Facsimile: (602) 230-4482

Attorney for the Plaintiff
Joan Perkons

UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA

| | | |
|---|---|---|
| PLAINTIFF: | Joan Perkons | Case No.: 3: 10 CV 08021 ECV |
| DEFENDANT: | American Acceptance, LLC. | **PROOF OF SERVICE OF SUMMONS** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I received documents to be served on: 2/19/2010

3. I served copies of the: Summons, Complaint for Damages, Consent to Exercise of Jurisdiction by U.S. Magistrate Judge, Civil Cover Sheet

4. a. Party served: American Acceptance, LLC.
   b. Person served:         (Person Apparently in Charge Able to Accept Service)

5. Address where the party was served: 3606A Morris Ave, Suite 114
                                        Pueblo, CO 81008-1369

6. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 3 to the party or person authorized **(Autumn Wise)** to receive service of process for the party (1) on **(03/08/10)** at **(12:49)**

7. Person Who Served Papers:
   a. JAYSON SWIGART
      SOUTHWEST LEGAL
      SERVICES
   b. 411 CAMINO DEL RIO SOUTH
      SUITE 301
      SAN DIEGO, CA 92108
   c. 619-955-7225

   d. Fee for service $150.00
   e. I am:
   (1) Not A registered Process Server in the state of Arizona

8. I declare under the penalty to perjury under the law of the State of Arizona that the foregoing is true and correct.

Date: 3/8/10                          Signature: _____
                                                 Jayson Swigart

PROOF OF SERVICE OF SUMMONS

Exhibit B

 

Home | Business | Elections | Licensing        Press | About Us | Contact Us

**For this Record...**
History & Documents
Cert of Good Standing
File a Document
Email Notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| | |
|---|---|
| ID Number: | 20061110153 |
| Name: | American Acceptance, LLC |
| Registered Agent: | Matthew Boddey |
| Registered Agent Street Address: | 3606a morris ave #114, pueblo, CO 81008, United States |
| Registered Agent Mailing Address: | 6050 stetson hills blvd, colorado springs, CO 80922, United States |
| Principal Street Address: | 3606a morris ave #114, pueblo, CO 81008, United States |
| Principal Mailing Address: | 6050 Stetson Hills Blvd # 300, colorado springs, CO 80923, United States |
| Status: | Good Standing |
| Form: | Foreign Limited Liability Company |
| Jurisdiction: | Nevada |
| Formation Date: | 04/21/2006 |
| Term of Duration: | Perpetual |
| Annual Report Month: | March |

You may:
- View History and Documents
- Obtain Certificate of Good Standing
- File a Document
- Set Up Email Notification or Unsubscribe

Previous Page

Search | Accessibility | Privacy statement | Terms of use    1700 Broadway, Denver CO 80290 | 303-894-2200 | sos.business@sos.state.co.us